**MEMO ENDORSED**

---

# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

---

FRANCIS L. O'REILLY  
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C  
FAIRFIELD, CT 06824  
TEL: (203) 913-4608  
FAX: (203) 319-0128

October 26, 2025

**VIA ECF**

Honorable Nelson S. Roman  
U.S. District Court Judge  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601

Re: *United States v. Lenard Gillis*, 25-cr-355(NSR)

Dear Judge Roman:

    I represent the above defendant. I write, with no objection from the government, to request a forty-day adjournment of the current sentencing date, November 20, 2025. The basis for this request is that due to the undersigned's schedule the PSR interview of Mr. Gillis did not take place until October 16, 2025, thereby leaving insufficient time for the probation officer to prepare the Pre-sentence report. Accordingly, with no objection from the government, I respectfully request a forty-day extension of Mr. Gillis's current sentencing date, with new disclosure dates for the pre-sentence report and sentencing submissions. I note for the Court that I am not available from January 6, 2026, through February 6, 2026. Thank you for your consideration of this request.

                          Respectfully submitted,

                          /s/ *Francis L. O'Reilly*

                          Francis Lee O'Reilly

cc: All Parties (via ECF)

---

**Deft's request to adjourn the Nov. 20, 2025 Sentencing is GRANTED without objection by the Gov't. The Sentencing is adjourned to Feb. 20, 2026 at 11:00 am. The disclosure dates for the pre-sentence report and sentencing submissions are also extended. Clerk of Court is requested to terminate the motion at ECF No. 106.**

**Dated: White Plains, N Y**  
       **October 27, 2025**

**SO ORDERED:**

/s/ Hon. Nelson S. Roman  
UNITED STATES DISTRICT JUDGE

---

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 10/27/2025