**MEMO ENDORSED**

# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

---

FRANCIS L. O'REILLY
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C
FAIRFIELD, CT 06824
TEL: (203) 913-4608
FAX: (203) 319-0128

November 4, 2025

<u>VIA E-mail</u>

Hon. Nelson S. Roman
United States District Court
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Lenard Gillis, et al.*, 25CR355

Dear Judge Roman:

    Please be informed that I represent the above-referenced defendant. I write, with no objection from Assistant United States Attorney Margaret Vasu and U.S.P.O. Samantha Eden of EDNY Pretrial Services, to request that the Court modify Mr. Gillis's conditions of release to permit him to travel to Boston, Massachusetts to attend a wedding. Mr. Gillis will travel to Boston by car on November 7, 2025, and return to his home in Brooklyn, NY, on November 10, 2025. While in Massachusetts, Mr. Gillis will reside at the home of his girlfriend's uncle, Robert Gervet, at Mr. Gervert's home located at 243 Grove Street, Randolph, MA. Finally, Mr. Gillis has been released on conditions since his arrest on May 9, 2024, and he has been in compliance with his conditions of release since that date. I have contacted Assistant United States Attorney Margaret Vasu, and I have contacted EDNY Pretrial Services Officer Samantha Eden, and Officer Eden stated she had no objection and she also stated that Pretrial services in the SDNY had no objection so long as the itinerary of the trip was provided to her two days in advance, and Attorney Vasu stated she had no objection so long as I complied with Officer's Eden's request for details of the trip.

    Thank you for your consideration in this request, I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

*/s Francis L. O'Reilly*
Francis Lee O'Reilly

cc: All Parties (via ECF)

---

**Deft's request for a temporary modification of his conditions of release as outlined in this letter is GRANTED without objection by the Gov't and EDNY and SDNY Pretrial Services Officers provided Deft. provide his detailed itinerary to the EDNY Pretrial Officer ASAP. Clerk of Court is requested to terminate the motion at ECF No. 108.
Dated: White Plains, NY
       November 5, 2025**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/05/2025