UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

USA

    25 Cr. 00355-01 (NSR)

   - against -

LENARD GILLIS,        ORDER ACCEPTING
             PLEA ALLOCUTION

       Defendant.

------------------------------------------------------X

NELSON S. ROMÁN, U.S.D.J.:

  The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record.   The Report and Recommendation of the Honorable Victoria Reznik, United States Magistrate Judge, dated August 11, 2025, is approved and accepted.

          SO ORDERED.

Dated: White Plains, NY
   January 8, 2026

         _____
         Nelson S. Román
         United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/08/2026